# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HOSKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. NGYEN, et. al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01133-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 17] |

　　Plaintiff Anthony Hoskins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Defendants' motion to modify the scheduling order, filed April 9, 2018.

　　Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhaustion related motion for summary judgment is extended to August 1, 2018. All other deadlines set forth in the Court's February 1, 2018 discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**April 9, 2018**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1