UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HOSKINS,<br><br>        Plaintiff,<br><br>v.<br><br>L. NGYEN, et. al.,<br><br>        Defendants. | Case No.: 1:17-cv-01133-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 20] |

Plaintiff Anthony Hoskins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second request to modify the scheduling order, filed September 19, 2018. Defendants' second request for an extension is based on the assignment of new counsel on the case. The Court will grant Defendants' second request and extend the discovery and dispositive motion deadlines but not for the length of time proposed by Defendants as it appears excessive simply because of reassignment of the case.

Good cause having been presented to the Court, it is HEREBY ORDERED that:

1. Defendants' second request to modify the scheduling order is granted;

2. The deadline for completion of all discovery, including motions to compel is extended to **February 1, 2019**; and

///

1

3. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended to **April 1, 2019**.

IT IS SO ORDERED.

Dated: **September 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE